# United States District Court
## Violation Notice

**CVB Location Code:** MA52

**Violation Number:** 2938574
**Officer Name (Print):** NARCOVICH
**Officer No.:** 3285

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 12/21/2013  0953
**Offense Charged:** ☐ CFR ☐ USC ☒ State Code
**State Code:** MGL ch. 90/23
**Place of Offense:** BROCKTON VAMC, 940 Belmont St. Brockton, MA
**Offense Description: Factual Basis for Charge:** Operating a Motor Vehicle w/a Revoked License (Subsequent Offense)
HAZMAT ☐

### DEFENDANT INFORMATION
**Last Name:** GONSALVES
**First Name:** EUGENE
**M.I.:**

**Tag No.:** 92AA76
**State:** MA
**Year:** 96
**Make/Model:** Chevy C1500
**PASS:** ☐
**Color:** SLV

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 500 — Forfeiture Amount
+ $25 Processing Fee
**PAY THIS AMOUNT →** $ 525.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature → MAILED TO DEFENDANT

(Rev. 01/2009)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on December 21, 2013 while exercising my duties as a law enforcement officer in the Brockton District of Massachusetts

On 12/21/13 at approx. 9:53AM police received a call of a theft-in-progress from the cafeteria loading dock area. Co-defendant (thief) was seen getting into a truck driven by defendant, as witnessed by the employee witness who accurately described the plate # and race of the driver (defendant). When contact was made with the thief/co-defendant, this defendant fled the area on foot. His co-defendant and a 2nd co-defendant identified this defendant via his name and place of residence. A call was placed to Marshfield Police who stated they are familiar with the defendant. I placed a call to the defendant who admitted that he was driving the truck but once his co-defendant aborted his attempted larceny, he panicked and left because he has several open criminal cases and is out on bail and did not want to get his bail revoked. USDCVN was mailed via UPS Ground w/tracking #. Defendant has multiple prior offenses on his MA criminal history for the same charge.
ATT: N/A
Traffic/Weather/Road Conditions: LGT/CLR/DRY

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/21/2013
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident